**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE TREE HAUS TAVERN, LLC | § | CASE NO. 24-51589-CAG |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**ORDER GRANTING THE LOGICAL INVESTMENTS, LLC, BRENT SCHUMANN, AND DENISE SCHUMANN MOTION TO MODIFY DATES AND DEADLINES ASSOCIATED WITH THE DEBTOR'S PROPOSED PLAN OF REORGANIZATION**

CAME ON FOR CONSIDERATION the Logical Investments, LLC, Brent Schumann, and Denise Schumann Motion to Modify Dates and Deadlines Associated with the Debtor's Proposed Plan of Reorganization ("Motion"), in the above-referenced Debtor's case. The Court, having reviewed same, and any response(s) thereto, and found that notice of the Motion was proper, is of the opinion that the Motion should be, and is hereby GRANTED in its entirety; it is therefore

ORDERED ADJUDGED and DECREED that the Motion is hereby GRANTED; it is further

ORDERED that the the dates and deadlines, other than the confirmation hearing, set forth in the Court's November 22, 2024 Order on Debtor's Motion to Set Deadlines Pursuant to Interim Rulew 3017.2 [Dkt. 74] are extended for sixty (60) days; it is further

ORDERED that Logical Investments, LLC, Brent Schumann, and Denise Schumann, may serve discovery related to The Tree Haus Tavern, LLC's Plan of Reorganization ("Plan") [Dkt. 71] upon the entry of this order; it is further

ORDERED that a reset date for a confirmation hearing on the Plan will be set by separate order of this Court.

###

PREPARED AND SUBMITTED BY:

Marvin E. Sprouse III
State Bar No. 24008067
SPROUSE LAW FIRM
901 Mopac Expressway South
Building 1, Suite 300
Austin, Texas 78746
(512) 658-1915
Email address: msprouse@sprousepllc.com

**COUNSEL FOR LOGICAL INVESTMENTS, LLC,
BRENT SCHUMANN AND DENISE SCHUMANN**