# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–51589–cag
Chapter No.: 11
Judge: Craig A Gargotta

IN RE: **The Tree Haus Tavern, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **2/3/25** at **10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL ROXANNE MUJICA AT: roxanne_mujica@txwb.uscourts.gov) (Related Document(s): 94 Motion For Authority to Maintain and Use Pre–Petition Bank Accounts (21 Day Objection Language) filed by William R. Davis Jr for Debtor The Tree Haus Tavern, LLC Hearing Scheduled For 2/3/2025 at 10:00 AM at SA Courtroom 3 (Mujica, Roxanne)

Dated: 1/7/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]